Certificate Number: 14912-MD-DE-036174010

Bankruptcy Case Number: 21-16878



14912-MD-DE-036174010

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2021</u>, at <u>2:16</u> o'clock <u>PM EST</u>, <u>Candace Robinson</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>December 1, 2021</u>                By:   <u>/s/Jai Bhatt</u>

                                                                Name:   <u>Jai Bhatt</u>

                                                                Title:   <u>Counselor</u>